UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TAOUFIQ SEFFAR, on behalf of
himself and others similarly situated,

                                                  CASE NO.: 0:21-cv-61000-WPD

            Plaintiff,

      v.

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC. d/b/a
FBCS,

            Defendant.

_____/

**ORDER OF DISMISSAL**

       THIS CAUSE comes before the Court on the Joint Stipulation to Dismissal with Prejudice (the "Stipulation") [DE 26]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

       Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.  The Stipulation [DE 26] is hereby **APPROVED**;

2.  This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

       **DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 9th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record